UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dean Bairactaris,

    Plaintiff,                                      Case No. 10-CV-10983

v.

                                                        Hon. John Corbett O'Meara

Jeffrey Weber, *et al.,*

    Defendants.

_____/

## **ORDER OF PARTIAL DISMISSAL**

Plaintiff Dean Bairactaris filed a complaint on March 11, 2010, alleging nine causes of action: Count I, violation of civil rights under 42 U.S.C. §1983; Count II, conspiracy under state law; Count III, trespass; Count IV, fraud; Count V, abuse of process; Count VI, intentional infliction of emotional distress; Count VII, intrusion; Count VIII, conversion of money; Count IX, extortion and threats. Although Plaintiff's §1983 claim is cognizable in this court pursuant to 28 U.S.C. §1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. See 28 U.S.C. §1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, **IT IS HEREBY ORDERED** that Counts II-IX of Plaintiff's complaint are **DISMISSED**.

                                                        s/John Corbett O'Meara
                                                        United States District Judge

Date: June 10, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 10, 2010 using the ECF system.

s/William Barkholz

Case Manager